1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
Guy Danilowitz, SBN # 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
(916) 444-5678
Attorneys for Plaintiff
James Garcia

**CITY OF SACRAMENTO**
EILEEN M. TEICHERT, City Attorney (SBN 167027)
SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)
P.O. Box 1948, Sacramento, CA  95812-1948
915 I Street, 4th Floor, Sacramento, CA  95814
(916) 808-5346

Attorneys for Defendants CITY OF SACRAMENTO, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES GARCIA,

        Plaintiff,

     vs.

CITY OF SACRAMENTO; City of
Sacramento Chief of Police RICHARD
BRAZIEL (Badge #5030); City of
Sacramento Police Officer GARY DAHL
(Badge #0672); and DOES I through XX,
inclusive,

        Defendants.

_____/

NO. 2:10-CV-00826 JAM KJN

**STIPULATION AND
ORDER MODIFYING PRETRIAL
SCHEDULING ORDER**

   COME NOW THE PARTIES by and through their respective parties and subject to the

approval of this Court, hereby stipulate and respectfully request the following modifications

and/or amendments to this Court's Pretrial Scheduling Order of July 9, 2010, regarding the

scheduling of this case:

Garcia – Joint Stipulation to Modify Pretrial Scheduling Order

1

PDF created with pdfFactory trial version www.pdffactory.com

1

- That the discovery cut-off date currently set for November 18, 2011 be moved to
2    February 17, 2012.

3  - That the expert witness disclosure cut-off date currently set for September 16, 2011 be
4    moved to December 16, 2011.

5  - That the supplemental expert witness disclosure cut-off date currently set for
6    September 23, 2011 be moved to December 23, 2011.

7  - That the Dispositive Motion cut-off date currently set for December 14, 2011 be
8    moved to March 21, 2012.

9  - That the date for hearing dispositive motions currently set for January 11, 2012 be
10   moved to April 18, 2012 at 9:30 a.m.

11 - That the Final Pretrial Conference currently set for February 24, 2012 at 3:00 p.m. be
12   moved to May 25, 2012 at 10:00 a.m.

13 - That the Trial currently set for April 2, 2012 at 9:00 a.m. be moved to July 16, 2012 at
14   9:00 a.m.

15      This calendaring modification is requested because the parties hope to resolve this

16 matter through a private mediation which they are currently in the process of scheduling for

17 the end of August, 2011.  As a result, in the interest of conserving the resources of the Court

18 in terms of settling discovery disputes which would become moot if the matter resolves, and

19 in the interest of foregoing expenditures associated with additional discovery, the parties wish

20 to postpone their efforts to conduct additional discovery and to resolve discovery disputes

21 pending the mediation.  Additionally, the parties believe that this would increase the

22 likelihood of the case resolving as the parties would be able to put resources towards

23 settlement that would otherwise need to go to litigating discovery disputes.

24

25 Dated: August 1, 2011                                          LAW OFFICE OF STEWART KATZ

26
                                                                      /s/ Stewart Katz
27                                                                    STEWART KATZ,
                                                                      Attorney for Plaintiffs
28

Garcia – Joint Stipulation to Modify Pretrial Scheduling Order                                    2

PDF created with pdfFactory trial version www.pdffactory.com

1

2    Dated: August 1, 2011                              EILEEN M. TEICHERT
                                                        City Attorney
3

4                                                       /s/ Sheri Chapman
                                                        SHERI M. CHAPMAN
5                                                       Senior Deputy City Attorney
                                                        Attorneys for Defendants
6                                                       CITY OF SACRAMENTO, RICHARD
                                                        BRAZIEL and GARY DAHL
7

8

9

10   **IT IS SO ORDERED.**

11

12   Dated:  8/1/2011                                   /s/ John A. Mendez
                                                        The Honorable John A. Mendez
13                                                      Judge of the U.S. District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com