**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
Guy Danilowitz, SBN # 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
(916) 444-5678
Attorneys for Plaintiff
James Garcia

**CITY OF SACRAMENTO**
EILEEN M. TEICHERT, City Attorney (SBN 167027)
SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)
P.O. Box 1948, Sacramento, CA  95812-1948
915 I Street, 4th Floor, Sacramento, CA  95814
(916) 808-5346

Attorneys for Defendants CITY OF SACRAMENTO, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES GARCIA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF SACRAMENTO; City of Sacramento Chief of Police RICHARD BRAZIEL (Badge #5030); City of Sacramento Police Officer GARY DAHL (Badge #0672); and DOES I through XX, inclusive,<br><br>          Defendants.<br>_____/ | NO. 2:10-CV-00826 JAM KJN<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order of July 9, 2010 as modified by this Court's Order of August 1, 2011, regarding the scheduling of this case:

PDF created with pdfFactory trial version www.pdffactory.com

1  • That the expert witness disclosure cut-off date currently set for December 16, 2011 be
2     moved to January 27, 2012.
3  • That the supplemental expert witness disclosure cut-off date currently set for
4     December 23, 2011 be moved to February 10, 2012.
5  • That the discovery cut-off date remain February 17, 2012 for all discovery except for
6     supplemental expert witness discovery which the parties request be cut-off on
7     February 24, 2012.
8      This calendaring modification is requested because the parties require more time to
9  resolve a discovery dispute in advance of the expert witness disclosure cut-off date.  This
10 request will not affect the Dispositive Motion cut-off date currently set for March 21, 2012,
11 the date for hearing dispositive motions currently set for April 18, 2012, the Final Pretrial
12 Conference currently set for May 25, 2012 at 10:00 a.m. or the Trial currently set for July 16,
13 2012 at 9:00 a.m.

15 Dated: November 22, 2011                          LAW OFFICE OF STEWART KATZ

16                                                  /s/ Stewart Katz
17                                                  STEWART KATZ,
                                                    Attorney for Plaintiffs

20 Dated: November 22, 2011                          EILEEN M. TEICHERT
                                                    City Attorney
21
22                                                  /s/ Sheri Chapman
                                                    SHERI M. CHAPMAN
23                                                  Senior Deputy City Attorney
                                                    Attorneys for Defendants
24                                                  CITY OF SACRAMENTO, RICHARD
                                                    BRAZIEL and GARY DAHL
25

Garcia –Stipulation and [Proposed] Order Modifying Pretrial Scheduling Order                2

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED.**

Dated:  11/22/2011                    /s/ John A. Mendez
                                      The Honorable John A. Mendez
                                      Judge of the U.S. District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com