1  **LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
2  Guy Danilowitz, SBN # 257733
3  555 University Avenue, Suite 270
Sacramento, CA  95825
4  (916) 444-5678
Attorneys for Plaintiff
5  James Garcia

6
**CITY OF SACRAMENTO**
7  EILEEN M. TEICHERT, City Attorney (SBN 167027)
SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)
8  P.O. Box 1948, Sacramento, CA  95812-1948
9  915 I Street, 4th Floor, Sacramento, CA  95814
(916) 808-5346
10
Attorneys for Defendants CITY OF SACRAMENTO, et al.
11

12                    **UNITED STATES DISTRICT COURT**

13                    **EASTERN DISTRICT OF CALIFORNIA**

14

15  JAMES GARCIA,
                                              NO. 2:10-CV-00826 JAM KJN
16           Plaintiff,

17       vs.

18  CITY OF SACRAMENTO; City of           **STIPULATION AND [PROPOSED]**
    Sacramento Chief of Police RICHARD    **ORDER TO CONTINUE HEARING**
19  BRAZIEL (Badge #5030); City of
20  Sacramento Police Officer GARY DAHL
    (Badge #0672); and DOES I through XX, **Date:**     December 1, 2011
21  inclusive,                             **Time:**    10:00 a.m.
                                           **Courtroom:** 25
22           Defendants.                   **Judge:**   The Hon. Kendall J. Newman
23  _____/

24
       COME NOW THE PARTIES by and through their respective parties and subject to
25
the approval of this Court, hereby stipulate and respectfully request that the Court continue
26
the hearing on Plaintiff's Motions to Compel Defendants City of Sacramento and Gary Dahl
27
and Defendants' Motion for a Protective Order from December 1, 2011 to December 8, 2011
28
at 10:00 a.m.

Garcia –Stipulation and [Proposed] Order to Continue Hearing                    1

1   This continuance is requested because the parties require additional time to meet and
2   confer and to prepare the joint statement re discovery dispute.

4   Dated: November 22, 2011                    LAW OFFICE OF STEWART KATZ

                                                /s/ Stewart Katz
                                                STEWART KATZ,
                                                Attorney for Plaintiffs

9   Dated: November 22, 2011                    EILEEN M. TEICHERT
                                                City Attorney

                                                /s/ Sheri Chapman
                                                SHERI M. CHAPMAN
                                                Senior Deputy City Attorney
                                                Attorneys for Defendants
                                                CITY OF SACRAMENTO, RICHARD
                                                BRAZIEL and GARY DAHL

### ORDER

The parties' stipulation (Dkt. No. 31) is HEREBY APPROVED.  Accordingly, the December 1, 2011 hearing on plaintiff's motions to compel discovery responses (Dkt. Nos. 23-24), and defendants' motion for a protective order (Dkt. No. 27) is continued to December 8, 2011.

IT IS SO ORDERED.

DATED: November 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE