1  **LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
2  Guy Danilowitz, SBN # 257733
3  555 University Avenue, Suite 270
Sacramento, CA  95825
4  (916) 444-5678
Attorneys for Plaintiff
5  James Garcia

6
**CITY OF SACRAMENTO**
7  EILEEN M. TEICHERT, City Attorney (SBN 167027)
SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)
8  P.O. Box 1948, Sacramento, CA  95812-1948
9  915 I Street, 4th Floor, Sacramento, CA  95814
(916) 808-5346
10
Attorneys for Defendants CITY OF SACRAMENTO, et al.
11

12  **UNITED STATES DISTRICT COURT**

13  **EASTERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  JAMES GARCIA, | NO. 2:10-CV-00826 JAM KJN |
| 16  Plaintiff, | |
| 17  vs. | |
| 18  CITY OF SACRAMENTO; City of Sacramento Chief of Police RICHARD BRAZIEL (Badge #5030); City of Sacramento Police Officer GARY DAHL (Badge #0672); and DOES I through XX, inclusive, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |
| 19 | |
| 20 | |
| 21 | **Date:**       December 1, 2011<br>**Time:**       10:00 a.m.<br>**Courtroom:** 25<br>**Judge:**      The Hon. Kendall J. Newman |
| 22  Defendants. | |
| 23  _____/ | |

24
COME NOW THE PARTIES by and through their respective parties and subject to
25
the approval of this Court, hereby stipulate and respectfully request that the Court continue
26
the hearing on Plaintiff's Motions to Compel Defendants City of Sacramento and Gary Dahl
27
and Defendants' Motion for a Protective Order from December 1, 2011 to December 8, 2011
28
at 10:00 a.m.

Garcia –Stipulation and [Proposed] Order to Continue Hearing                              1

This continuance is requested because the parties require additional time to meet and confer and to prepare the joint statement re discovery dispute.

Dated: November 22, 2011						LAW OFFICE OF STEWART KATZ

								/s/ Stewart Katz
								STEWART KATZ,
								Attorney for Plaintiffs


Dated: November 22, 2011						EILEEN M. TEICHERT
								City Attorney

								/s/ Sheri Chapman
								SHERI M. CHAPMAN
								Senior Deputy City Attorney
								Attorneys for Defendants
								CITY OF SACRAMENTO, RICHARD
								BRAZIEL and GARY DAHL


### ORDER

The parties' stipulation (Dkt. No. 31) is HEREBY APPROVED. Accordingly, the December 1, 2011 hearing on plaintiff's motions to compel discovery responses (Dkt. Nos. 23-24), and defendants' motion for a protective order (Dkt. No. 27) is continued to December 8, 2011.

IT IS SO ORDERED.

DATED: November 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE