EILEEN M. TEICHERT, City Attorney (SBN 167027)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO,
RICK BRAZIEL and GARY DAHL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARCIA,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF SACRAMENTO, RICK BRAZIEL and GARY DAHL<br><br>           Defendants. | Case No.:  2:10-CV-00826-JAM-KJN<br><br>**[PROPOSED] PROTECTIVE ORDER REGARDING DISCOVERY** |

The Court has ordered the production of certain documents pursuant to a protective order, in response to Plaintiff's Motions to Compel and Defendants' Motion for a Protective Order, which were heard on December 8, 2011.  The documents to be produced pursuant to this Protective Order are identified in the Court's Order issued December 13, 2011, and include: (1) certain Sacramento Police Department General Orders, to the extent they have not been released to the public; (2) records of the Internal Affairs Division pertaining to complaints alleging dishonesty, use of force and/or deployment of canines against Officer Dahl; (3) records in Officer Dahl's personnel file; and (4) "Administrative review" documents created by the canine Sergeant referencing to police canine bites/apprehensions (the document that pertains to the incident at issue on April 10, 2009 is not subject to this Protective Order).

1  The Court has found good cause to maintain the confidentiality of the aforementioned
2  documents.
3  The documents to be produced pursuant to this Protective Order are designated as
4  "Confidential," and shall be marked accordingly.  Material designated as Confidential
5  pursuant to this Order and any summaries, copies, abstracts, or other documents derived in
6  whole or in part from material designated as Confidential, however maintained, shall be used
7  only for the purpose of this litigation, and for no other purpose.
8  Confidential material produced pursuant to this Order may be disclosed or made
9  available only to counsel for a party to this action (including the paralegal, clerical and
10 secretarial staff employed by such counsel).  This information may be provided to any expert
11 retained for consultation and/or trial.  In the event Confidential material is given to an expert
12 pursuant to this Order, counsel that retained the expert shall provide a copy of this order to
13 the expert with the confidential information.
14 If any Confidential material that is produced pursuant to this Order is used in a
15 deposition, the material maintains its confidentiality and this protective order applies to the
16 document as well as any testimony referencing the document.  A copy of this protective
17 order shall also be attached to the deposition transcript.
18 Pursuant to Local Rule 141, if any Confidential material or deposition testimony
19 referencing Confidential material is to be filed with the Court, it will not be filed under seal
20 unless a separate court order issues that requires the document to be filed under seal.  If a
21 party intends to file a document with the court that contains Confidential material, or
22 deposition transcripts referencing Confidential material, that party shall provide the opposing
23 party with reasonable notice, not less than five business days, to give the party an
24 opportunity to seek an order to have the documents filed under seal. The parties agree a
25 request to seal may be heard on shortened time or by telephone conference.
26 This Order shall survive the final termination of this action, to the extent the
27 Confidential material is not or does not become known to the public~~, and the Court shall~~
28 ~~retain jurisdiction to resolve any dispute concerning the use of information disclosed~~

1  ~~hereunder~~.

2  Unless otherwise agreed or ordered by the Court, within 60 calendar days after the
3  termination of this case, including any and all appeals therefrom, Plaintiff's counsel shall
4  return all documents, material and/or deposition transcripts designated as Confidential, and
5  all copies of the same to counsel for Defendants.  To the extent Confidential material is
6  maintained in electronic or digital format, Plaintiff's counsel shall dispose of such material in
7  a manner to ensure it is no longer accessible by any means.

APPROVED AS TO FORM:

DATED:  12/22/11                   s/Stewart Katz_____
                                   STEWART KATZ
                                   ATTORNEY FOR PLAINTIFF


DATED:  12/22/11                   s/Sheri M. Chapman_____
                                   EILEEN M. TEICHERT
                                   SHERI M. CHAPMAN
                                   Attorneys for Defendants CITY OF SACRAMENTO,
                                   RICK BRAZIEL and GARY DAHL


The parties' stipulated Protective Order Regarding Discovery is HEREBY APPROVED as modified above.  The court's modification is reflected by the "strikethrough" mark.

IT IS SO ORDERED.

Date: <u>12/29/2011</u>


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE