1

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425

2

Guy Danilowitz, SBN # 257733
555 University Avenue, Suite 270

3

Sacramento, CA 95825

4

(916) 444-5678

5

Attorneys for Plaintiff JAMES GARCIA

6

EILEEN M. TEICHERT, City Attorney (SBN 167027)

7

**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org

8

CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948

9

Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346

10

Telecopier: (916) 808-7455

11

Attorneys for the CITY OF SACRAMENTO,
RICK BRAZIEL and GARY DAHL

12

13

UNITED STATES DISTRICT COURT

14

EASTERN DISTRICT OF CALIFORNIA

15

16

JAMES GARCIA

Case No.: 2:10-CV-00826-JAM-KJN

17

Plaintiff,

18

vs.

**STIPULATION AND
ORDER MODIFYING PRETRIAL
SCHEDULING ORDER**

19

20

CITY OF SACRAMENTO, RICK BRAZIEL
and GARY DAHL

21

Defendants.

22

23

Plaintiff JAMES GARCIA and Defendants CITY OF SACRAMENTO, RICK BRAZIEL and

24

GARY DAHL by and through their respective counsel and subject to the approval of this Court,

25

hereby stipulate to the following modifications to the Court's Pretrial Scheduling Order of July 9,

26

2010, as modified by this Court's Orders of August 1, 2011, and November 22, 2011:

27

a)  The expert witness disclosure cut-off date currently set for January 27, 2012 shall be
    moved to March 7, 2012.

28

1

STIPULATION AND PROPOSED ORDER MODIFYING PRETRIAL SCHEDULING ORDER

b)  The supplemental expert witness disclosure cut-off date currently set for February 10, 2012 shall be moved to March 21, 2012.

c)  Depositions of expert witnesses, except rebuttal expert witnesses, shall be completed by March 30, 2012.  Depositions of rebuttal expert witnesses shall be completed by April 6. 2012.

d)  The deadline for filing disposition motions shall be moved from March 21, 2012 to April 18, 2012.

e)  The last date for hearing disposition motions shall be moved from April 18, 2012 to May 16, 2012.

f)  The Final Pretrial Conference currently set for May 25, 2012 at 3:00 p.m. shall be moved to June 22, 2012 at 11:00 a.m.

g)  The trial currently set for July 16, 2012 at 9:00 a.m. shall be moved to August 13, 2012.

The discovery cut-off date for all non-expert witness discovery shall remain February 17, 2012.

There is good cause to modify the scheduling order because discovery is on-going, and the experts need additional time to evaluate recent and anticipated discovery prior to preparing the reports required by Rule 26 of the Federal Rules of Civil Procedure.  Moving the date for disclosure and discovery of expert witness information necessitates moving the dates for dispositive motions, the Final Pretrial Conference, and Trial.


Dated: January 19, 2012                          LAW OFFICE OF STEWART KATZ


                                                 s/Stewart Katz_____
                                                 STEWART KATZ
                                                 Attorney for Plaintiff JAMES GARCIA


Dated: January 19, 2012                          EILEEN M. TEICHERT
                                                 City Attorney

                                                  s/Sheri M. Chapman_____
                                                 SHERI M. CHAPMAN
                                                 Senior Deputy City Attorney


                                                 Attorneys for Defendants
                                                 CITY OF SACRAMENTO, RICK BRAZIEL
                                                 and GARY DAHL

2
STIPULATION AND PROPOSED ORDER MODIFYING PRETRIAL SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1   **IT IS SO ORDERED.**

2

3   Dated:   1/20/2012                          /s/ John A. Mendez_____
                                                The Honorable John A. Mendez
4                                               Judge of the U.S. District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER MODIFYING PRETRIAL SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com