**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
Guy Danilowitz, SBN # 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
(916) 444-5678

Attorneys for Plaintiff JAMES GARCIA

EILEEN M. TEICHERT, City Attorney (SBN 167027)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO,
RICK BRAZIEL and GARY DAHL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARCIA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, RICK BRAZIEL and GARY DAHL<br><br>　　　　　Defendants. | Case No.: 2:10-CV-00826-JAM-KJN<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

     Plaintiff JAMES GARCIA and Defendants CITY OF SACRAMENTO, RICK BRAZIEL and GARY DAHL by and through their respective counsel and subject to the approval of this Court, hereby stipulate to the following modifications to the Court's Pretrial Scheduling Order of July 9, 2010, as modified by this Court's Orders of August 1, 2011, and November 22, 2011:

     a) The expert witness disclosure cut-off date currently set for January 27, 2012 shall be moved to March 7, 2012.

1

PDF created with pdfFactory trial version www.pdffactory.com

b) The supplemental expert witness disclosure cut-off date currently set for February 10, 2012 shall be moved to March 21, 2012.

c) Depositions of expert witnesses, except rebuttal expert witnesses, shall be completed by March 30, 2012. Depositions of rebuttal expert witnesses shall be completed by April 6. 2012.

d) The deadline for filing disposition motions shall be moved from March 21, 2012 to April 18, 2012.

e) The last date for hearing disposition motions shall be moved from April 18, 2012 to May 16, 2012.

f) The Final Pretrial Conference currently set for May 25, 2012 at 3:00 p.m. shall be moved to June 22, 2012 at 11:00 a.m.

g) The trial currently set for July 16, 2012 at 9:00 a.m. shall be moved to August 13, 2012.

The discovery cut-off date for all non-expert witness discovery shall remain February 17, 2012.

There is good cause to modify the scheduling order because discovery is on-going, and the experts need additional time to evaluate recent and anticipated discovery prior to preparing the reports required by Rule 26 of the Federal Rules of Civil Procedure. Moving the date for disclosure and discovery of expert witness information necessitates moving the dates for dispositive motions, the Final Pretrial Conference, and Trial.

Dated: January 19, 2012                    LAW OFFICE OF STEWART KATZ

                                                             s/Stewart Katz
                                                             STEWART KATZ
                                                             Attorney for Plaintiff JAMES GARCIA

Dated: January 19, 2012                    EILEEN M. TEICHERT
                                                             City Attorney

                                                             s/Sheri M. Chapman
                                                             SHERI M. CHAPMAN
                                                             Senior Deputy City Attorney

                                                             Attorneys for Defendants
                                                             CITY OF SACRAMENTO, RICK BRAZIEL
                                                             and GARY DAHL

PDF created with pdfFactory trial version www.pdffactory.com

1 | **IT IS SO ORDERED.**

Dated:  1/20/2012                               /s/ John A. Mendez
                                                The Honorable John A. Mendez
                                                Judge of the U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com