EILEEN M. TEICHERT, City Attorney (SBN 167027)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO,
GARY DAHL and RICK BRAZIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARCIA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, RICK BRAZIEL and GARY DAHL<br><br>　　　　Defendants. | Case No.: 2:10-CV-00826-JAM-KJN<br><br>**DEFENDANTS' RULE 26 EXPERT WITNESS DISCLOSURE**<br><br>**[FED. R. CIV. P. RULE 26(A)(2)(A)(B)(C)]** |

　　　　Pursuant to the Federal Rules of Civil Procedure, Rule 26 (a)(2)(A)(B) and(C), Defendants disclose the following expert witnesses:

**A.**　　**Retained Experts:**

(1)　　Dr. Michael R. Klein, Jr., M.D.
　　　　6555 Coyle Ave., Ste. 235
　　　　Carmichael, CA 95608

　　　　The subject matter upon which Dr. Klein will testify, a summary of his preliminary opinions, his qualifications and his fees are set forth in Attachment A.

///

///

///

1

(2)     Chief Ken Wallentine
5272 South College Drive, 2nd Floor
Murray, UT 84123

The subject matter upon which Chief Wallentine will testify, a summary of his preliminary opinions, and his qualifications are set forth in Attachment B. Chief Wallentine charges $250 per hour for testimony at deposition and trial.

B. **Non-Retained Experts**

(1)     Steve Brewer
1607 Spring Valley Dam Lane
Colfax, CA 95713

Mr. Brewer is the Sacramento Police Department Canine Trainer.

(2)     Officer Gary Dahl.
Sacramento Police Officer.

(3)     Sgt. Steve Oliveira
Sacramento Police Sergeant

DATED: March 7, 2012

EILEEN M. TEICHERT,
City Attorney

By: /s/ Sheri M. Chapman
**SHERI M. CHAPMAN**
Senior Deputy City Attorney
Attorneys for Defendants
CITY OF SACRAMENTO, GARY DAHL
and RICK BRAZIEL

## PROOF OF SERVICE

**CASE NAME:**     Garcia, James v. City of Sacramento, et al.
**COURT:**         United States District Court – Eastern District of California
**CASE NUMBER:**   2:10-CV-00826-JAM-KJN

I declare that:

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to the within cause; my business address is 915 I Street, Room 4006, Sacramento, CA 95814-2604. I am familiar with the mail collection and process of the City of Sacramento in which the mail is deposited with the United States Postal Service on the same day that it is deposited for collection and mailing, in the ordinary course of business. On the date executed below, I served the following document(s):

DEFENDANTS' RULE 26 EXPERT WITNESS DISCLOSURE

[ X ]  **Via the United States Postal Service** by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

[ ]  **By Personal Delivery** on the parties in this action by causing a true copy and/or original thereof to be delivered by hand to the offices of the addressee(s).

[ ]  **Via Facsimile** by causing such document to be served via facsimile on the parties in this action via facsimile numbers as stated on this proof of service.

[ ]  **Via Certified Mail, Return Receipt Requested** by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

[ ]  **Via FedEX Priority Overnight** by causing a true copy and/or original thereof to be placed in a sealed FedEx envelope with postage to be billed to sender and placed a FedEx outgoing mailbox.

addressed as follows:

Stewart Katz
Law Office of Stewart Katz
555 University Ave., Suite 270
Sacramento, CA  95825

I declare under penalty of perjury that the foregoing is true and correct, and that the declaration was executed on March 7, 2012, at Sacramento, California.

ERICA D. DILLARD