EILEEN M. TEICHERT, City Attorney (SBN 167027)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO,
GARY DAHL and RICK BRAZIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARCIA<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF SACRAMENTO, RICK BRAZIEL and GARY DAHL<br><br>    Defendants. | Case No.: 2:10-CV-00826-JAM-KJN<br><br>**DEFENDANTS' SUPPLEMENTAL RULE 26 EXPERT WITNESS DISCLOSURE**<br><br>**[FED. R. CIV. P. RULE 26(A)(2)(A)(B)(C)]** |

Pursuant to the Federal Rules of Civil Procedure, Rule 26 (a)(2)(A)(B) and(C), Defendants disclose the following rebuttal expert witnesses:

**A.    Retained Experts:**

(1)    Dr. L. Paul Waggoner, PhD
       Senior Scientist
       Canine Detection Research Institute
       P.O. Box 5069
       McClellan, AL 36205

The subject matter upon which Dr. Waggoner will testify, a summary of his preliminary opinions, his qualifications and his fees are set forth in Attachment A.

///

///

(2)  Jim Barnes
     8990 Mosquito Road
     Placerville, CA  95667

The subject matter upon which Mr. Barnes will testify, a summary of his preliminary opinions, and his qualifications are set forth in Attachment B.  Mr. Barnes has not testified at deposition or trial in the past four years.  Mr. Barnes charges $125/hour for consultation, deposition testimony, trial testimony and travel.

(3)  Dr. Joanne Berkowitz, MD
     MRK Medical Consultants
     6555 Coyle Ave., Ste. 235
     Carmichael, CA 95608

The subject matter upon which Dr. Berkowitz will testify, a summary of her preliminary opinions, her qualifications and her fees are set forth in Attachment C.

B.  **Non-Retained Experts**

(1)  Lt. Dave Peletta
     Sacramento Police Department

DATED:  March 21, 2012                              EILEEN M. TEICHERT,
                                                    City Attorney


                                            By:         /s/ Sheri M. Chapman
                                                    **SHERI M. CHAPMAN**
                                                    Senior Deputy City Attorney
                                                    Attorneys for Defendants
                                                    CITY OF SACRAMENTO, GARY DAHL
                                                    and RICK BRAZIEL

DEFENDANTS' SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES

232226