1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES GARCIA,

11          Plaintiff,              No. 2:10-cv-00826 JAM KJN

12     v.

13   CITY OF SACRAMENTO, et al.,

14          Defendants.            ORDER
    _____/

15

16          Presently before the court is defendants' ex parte request to continue the hearing

17   and briefing schedule on plaintiff's motion for discovery sanctions, which seeks monetary

18   sanctions for defendants' failure to comply with the court's discovery-related orders (Dkt.

19   Nos. 73, 84).[1]  Defendants filed the ex parte request one day before their opposition brief was

20   required to be filed.  Defendant seeks the continuance on the basis of the following: (1) presently,

21   there is no living plaintiff in this case following plaintiff's death (see Statement Noting the Death

22   of Pl. James Garcia, Dkt. No. 72); and (2) the impending April 18, 2012 deadline for the parties

23   to file dispositive motions in this case (see Order, Jan. 20, 2012, at 2, Dkt. No. 53).  (Ex. Parte

24   Req. at 1.)

25   _____

26        [1]  This matter proceeds before the undersigned pursuant to Eastern District of California
     Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

1    Defendants' counsel has repeatedly relied on her impacted work schedule and

2 case load as justification for the continuance of deadlines in this case and for defendants' failure

3 to meet discovery production deadlines.  (See, e.g., Chapman Decl. ¶¶ 3-4, Dkt. No. 84, Doc.

4 No. 84-1.)  Nevertheless, in light of the April 18, 2012 dispositive motion filing deadline, and the

5 fact that plaintiff's motion only seeks monetary sanctions, the undersigned grants defendants' ex

6 parte request and continues the hearing as set forth below.

7    Accordingly, IT IS HEREBY ORDERED that:

8    1.    The hearing on plaintiff's motion for sanctions (Dkt. No. 73) is continued

9 to May 24, 2012, at 10:00 a.m.

10    2.    Defendants shall file their written opposition or statement of non-

11 opposition on or before May 17, 2012.

12    3.    Plaintiff may file a reply brief on or before May 22, 2012.[2]

13    IT IS SO ORDERED.

14 DATED:  April 12, 2012

16    _____
   KENDALL J. NEWMAN

17    UNITED STATES MAGISTRATE JUDGE

---

25    [2]  The briefing schedule governing the filing of defendants' opposition brief and plaintiff's
   reply brief is consistent with the time-frame provided in Local Rule 251(e), addressing discovery

26 motions that only seek sanctions.