IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GARCIA,

      Plaintiff,                        No. 2:10-cv-00826 JAM KJN

      v.

CITY OF SACRAMENTO, et al.,

      Defendants.                ORDER

        Presently before the court is defendants' ex parte request to continue the hearing and briefing schedule on plaintiff's motion for discovery sanctions, which seeks monetary sanctions for defendants' failure to comply with the court's discovery-related orders (Dkt. Nos. 73, 84).[1] Defendants filed the ex parte request one day before their opposition brief was required to be filed. Defendant seeks the continuance on the basis of the following: (1) presently, there is no living plaintiff in this case following plaintiff's death (see Statement Noting the Death of Pl. James Garcia, Dkt. No. 72); and (2) the impending April 18, 2012 deadline for the parties to file dispositive motions in this case (see Order, Jan. 20, 2012, at 2, Dkt. No. 53). (Ex. Parte Req. at 1.)

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

1

Defendants' counsel has repeatedly relied on her impacted work schedule and case load as justification for the continuance of deadlines in this case and for defendants' failure to meet discovery production deadlines. (See, e.g., Chapman Decl. ¶¶ 3-4, Dkt. No. 84, Doc. No. 84-1.) Nevertheless, in light of the April 18, 2012 dispositive motion filing deadline, and the fact that plaintiff's motion only seeks monetary sanctions, the undersigned grants defendants' ex parte request and continues the hearing as set forth below.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on plaintiff's motion for sanctions (Dkt. No. 73) is continued to May 24, 2012, at 10:00 a.m.

2. Defendants shall file their written opposition or statement of non-opposition on or before May 17, 2012.

3. Plaintiff may file a reply brief on or before May 22, 2012.[2]

IT IS SO ORDERED.

DATED: April 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] The briefing schedule governing the filing of defendants' opposition brief and plaintiff's reply brief is consistent with the time-frame provided in Local Rule 251(e), addressing discovery motions that only seek sanctions.