**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
Guy Danilowitz, SBN # 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
(916) 444-5678

Attorneys for Plaintiff
James Garcia

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARCIA,<br><br>            Plaintiff,<br><br>       vs.<br><br>CITY OF SACRAMENTO; City of Sacramento Chief of Police RICHARD BRAZIEL (Badge #5030); City of Sacramento Police Officer GARY DAHL (Badge #0672); and DOES I through XX, inclusive,<br><br>            Defendants.<br>_____/ | NO. 2:10-CV-00826 JAM KJN<br><br>**DECLARATION OF STEWART KATZ IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**<br><br>[Local Rule 260/ Fed. R. Civ. P. 56]<br><br>**Date:**  May 16, 2012<br>**Time:**  9:30 a.m.<br>**Courtroom:**  6 |

I, Stewart Katz, hereby declare:

1. I am an attorney at law duly licensed to practice in all courts of the State of California and in the United States District Court, Eastern District of California.

2. I am the attorney for the Plaintiff in this action.

3. Attached hereto as Exhibit 1 is a true and correct copy of the map introduced in the deposition of Sergeant Lisa Hinz on December 5, 2011 (hereinafter referred to as "Map") and assigned deposition Exhibit number 17 and referenced in all subsequent depositions as Deposition Exhibit 17.

1    4. Attached hereto as Exhibit 2 is a true and correct copy of deposition Exhibit 2
2 which is the FLIR (Forward Looking Infrared Recording) taken of the incident from a
3 Sacramento Police Department Helicopter.  This was produced by Defendant City of
4 Sacramento in their Rule 26 Disclosure and first referenced in the deposition of SPD
5 Sergeant Michael Hutchins, dated October 26, 2011. (Hereinafter referred to as "Video").

6    5. Attached hereto as Exhibit 3 is a true and correct copy of a portion of Exhibit 2
7 (Video) to which a color overlay has been applied so as to clearly differentiate the key
8 players.  Additionally, this Exhibit includes a transcript of the audio portion as well as the
9 color coding key.  This was authenticated during the deposition of Gary Dahl as Exhibit 86;
10 (Hereinafter referred to as "Color Video").

11    6. Attached hereto as Exhibit 4 is a true and correct copy of the KATS Incident Details
12 Report of this incident. This document was produced by Defendants in discovery in
13 response to a request for all documents related to this incident as Bates Stamped page
14 number 2567.  It was authenticated during the deposition of Sergeant Oliveira as Exhibit 42
15 at pages 162:5-163:3 of the deposition transcript.

16    7. Attached hereto as Exhibit 5 is a true and correct copy of *Rogers v. City of*
17 *Kennewick*, 205 Fed. Appx. 491 (9th Cir. 2006).

18    8. Attached hereto as Exhibit 6 is a true and correct copy of *Rogers v. City of*
19 *Kennewick*, 2007 U.S. Dist. LEXIS 50882 (E.D. Wash. July 13, 2007).

20    9. Attached hereto as Exhibit 7 is a true and correct copy of *Rogers v. City of*
21 *Kennewick*, 304 Fed. Appx. 599 (9th Cir. 2008).

22    10. Attached hereto as Exhibit 8 is a true and correct copy of *Dickinson v. City of Kent*,
23 2007 U.S. Dist. LEXIS 45922 (W.D. Wash. June 22, 2007).

24    11. Attached hereto as Exhibit 9 is a true and correct copy of *Fallis v. Sasaki*, 2011 U.S.
25 Dist. LEXIS 3524 (W.D. Wash. Jan. 13, 2011).

26    12. Attached hereto as Exhibit 10 is a true and correct copy of the Dispatch (CAD)
27 Records pertaining to this incident.  These were introduced and authenticated during the
28 deposition of Sgt. Lisa Hinz, on 12/5/11, as Deposition Exhibit 11 referenced on pages 16-

1  19, (hereinafter referred to as "Dispatch Records").  Several items have been redacted to
2  protect personal information.
3       13. Attached hereto as Exhibit 11 is a true and correct copy of the Sacramento Police
4  Department Canine Deployment Policy in effect at the time of this incident.  The City
5  affirmed in a Request for Admission response that this was the policy in effect at the time
6  of the incident.  It was introduced as deposition Exhibit 12 (SPD 510.08, Use of Canines,
7  11/20/03) at the deposition of Sgt. Lisa Hinz on 12/5/11 and referred to as Exhibit 12 in
8  subsequent depositions.
9       14. Attached hereto as Exhibit 12 are several photographs of James Garcia's leg taken
10 by the police department at the hospital on the evening on the bite.
11      15. Attached hereto as Exhibit 13 is a true and correct copy of relevant portions of the
12 deposition transcript of Steve Brewer, dated January 23, 2012  (Hereinafter referred to as
13 "Brewer DT").
14      16. Attached hereto as Exhibit 14 is a true and correct copy of relevant portions of the
15 deposition transcript of SPD Officer Rosalia Cabrera, dated February 9, 2012  (Hereinafter
16 referred to as "Cabrera DT").
17      17. Attached hereto as Exhibit 15 is a true and correct copy of relevant portions of the
18 deposition transcript of defendant SPD Officer Gary Dahl, dated December 14, 2011 and
19 February 8, 2012.  (Hereinafter referred to as "Dahl DT").
20      18. Attached hereto as Exhibit 16 is a true and correct copy of relevant portions of the
21 deposition transcript of SPD Officer Josh Frey, dated February 9, 2012.  (Hereinafter
22 referred to as "Frey DT").
23      19. Attached hereto as Exhibit 17 is a true and correct copy of relevant portions of the
24 deposition transcript of plaintiff James Garcia, III, dated March 15, 2011.  (Hereinafter
25 referred to as "Garcia DT").
26      20. Attached hereto as Exhibit 18 is a true and correct copy of relevant portions of the
27 deposition transcript of Benjamin L. Hart, D.V.M., Ph.D., dated March 22, 2012.
28 (Hereinafter referred to as "Hart DT").

1    21. Attached hereto as Exhibit 19 is a true and correct copy of relevant portions of the
2 deposition transcript of SPD Sergeant Lisa Hinz, dated December 5, 2011.  (Hereinafter
3 referred to as "Hinz DT").

4    22. Attached hereto as Exhibit 20 is a true and correct copy of relevant portions of the
5 deposition transcript of SPD Sergeant Michael Hutchins, dated October 26, 2011.
6 (Hereinafter referred to as "Hutchins DT").

7    23. Attached hereto as Exhibit 21 is a true and correct copy of relevant portions of the
8 deposition transcript of Dr. Peter C. Meade, dated March 30, 2012.  (Hereinafter referred to
9 as "Meade DT".

10   24. Attached hereto as Exhibit 22 is a true and correct copy of relevant portions of the
11 deposition transcript of SPD Sergeant Steve Oliveira, dated January 23, 2012.  (Hereinafter
12 referred to as "Oliveira DT".

13   25. Attached hereto as Exhibit 23 is a true and correct copy of relevant portions of the
14 deposition transcript of SPD Lieutenant Dave Peletta in his capacity the Person Most
15 Knowledgeable within the City of Sacramento/Sacramento Police Department with regard
16 to the policies and practices regarding the deployment of Police Department canines, dated
17 January 5, 2012  (Hereinafter referred to as "Peletta PMK DT").

18   26. Attached hereto as Exhibit 24 is a true and correct copy of relevant portions of the
19 deposition transcript of SPD Lieutenant Dave Peletta, dated January 31, 2012.  (Hereinafter
20 referred to as "Peletta DT").

21   27. Attached hereto as Exhibit 25 is a true and correct copy of relevant portions of the
22 deposition transcript of Priscilla Pruitt, dated December 29, 2011.  (Hereinafter referred to
23 as "Priscilla Pruitt DT").

24   28. Attached hereto as Exhibit 26 is a true and correct copy of relevant portions of the
25 deposition transcript of William Pruitt, dated December 29, 2011.  (Hereinafter referred to
26 as "William Pruitt DT").

27
28

GARCIA– DECLARATION OF STEWART KATZ IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION    4

1       29. Attached hereto as Exhibit 27 is a true and correct copy of relevant portions of the deposition transcript of Luis Robles, dated January 5, 2012.  (Hereinafter referred to as "Robles DT").

       30. Attached hereto as Exhibit 28 is a true and correct copy of relevant portions of the deposition transcript of CHP Investigator Blake Schnabel, dated October 26, 2011. (Hereinafter referred to as "Schnabel DT").

       31. Attached hereto as Exhibit 29 is a true and correct copy of relevant portions of the deposition transcript of CHP Investigator Cory Shell, dated October 26, 2011. (Hereinafter referred to as "Shell DT").

       32. Attached hereto as Exhibit 30 is a true and correct copy of relevant portions of the deposition transcript of CHP Officer David Smart, dated February 15, 2012. (Hereinafter referred to as "Smart DT").

       33. Attached hereto as Exhibit 31 is a true and correct copy of relevant portions of the deposition transcript of SPD Officer Aaron Thompson, dated February 13, 2012. (Hereinafter referred to as "Thompson DT").

       34. Attached hereto as Exhibit 32 is a true and correct copy of relevant portions of the deposition transcript of Kenneth Wallentine, dated March 17, 2012. (Hereinafter referred to as "Wallentine DT").

       35. Attached hereto as Exhibit 33 is a true and correct copy of Defendant City of Sacramento's Responses to Plaintiff's Requests for Admissions to City of Sacramento, Set No. 2.

       I declare under penalty of perjury that the foregoing is true and correct of my own knowledge, and if called to do so, I could and would competently testify to the matters set forth herein.  Executed this 18th day of April, 2012.

                           /s/ Stewart Katz
                           STEWART KATZ
                           Attorney for Plaintiff

GARCIA– DECLARATION OF STEWART KATZ IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION     5