**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
Guy Danilowitz, SBN # 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
(916) 444-5678

Attorneys for Plaintiff
James Garcia

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SACRAMENTO; City of Sacramento Chief of Police RICHARD BRAZIEL (Badge #5030); City of Sacramento Police Officer GARY DAHL (Badge #0672); and DOES I through XX, inclusive,<br><br>　　　　Defendants.<br><br>_____/ | NO. 2:10-CV-00826 JAM KJN<br><br>**DECLARATION OF STEWART KATZ IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**<br><br>[Local Rule 260/ Fed. R. Civ. P. 56]<br><br>**Date:**  May 16, 2012<br>**Time:**  9:30 a.m.<br>**Courtroom:**  6 |

Second set of exhibits, 12-22, to the declaration of Stewart Katz.