IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GARCIA,

     Plaintiff,                       No. 2:10-cv-00826 JAM KJN

     v.

CITY OF SACRAMENTO, et al.,

     Defendants.                  <u>ORDER</u>

/

     Presently before the court is plaintiff's motion for sanctions pursuant to Federal Rule of Civil Procedure 37(b)(2)(c), which is premised on the assertion that defendants failed to comply with several of the court's discovery-related orders.[1] Attorney Guy Danilowitz appeared on behalf of plaintiff, who is deceased.[2] Attorney Sheri M. Chapman appeared on defendants'

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

[2] Plaintiff passed away on or about March 18, 2012, and no proper plaintiff has yet been substituted for plaintiff. Plaintiff's counsel represented at the hearing that a petition for the appointment of a special representative was recently approved by a state court. Although it is ultimately a matter for the district judge to resolve at the appropriate time, Federal Rule of Civil Procedure 25(a)(1) requires the dismissal of the decedent's action if no motion for substitution is made within 90 days of the provision of the notice of death. However, at the hearing on this motion, both counsel represented that this motion is not moot because they believe that certain claims will still exist despite plaintiff's death.

behalf.

Having considered the parties' submissions and oral arguments, the undersigned denies plaintiff's motion for sanctions. Among other reasons for denying the motion that were provided at the hearing, plaintiff's moving papers do not present with sufficient clarity what precise aspects of the court's various orders plaintiff believes defendants violated, i.e., what material the court specifically ordered produced in a specific order, what material defendants failed to produce, and why such failure violates the court's order. For this reason and the other reasons stated on the record at the hearing, IT IS HEREBY ORDERED that plaintiff's motion for sanctions (Dkt. No. 73) is denied.

IT IS SO ORDERED.

DATED:  May 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE