**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
Guy Danilowitz, SBN # 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
(916) 444-5678

Attorneys for the Estate of James Paul Garcia III,
by and through Rosa Valdez-Garza, Special Administrator

EILEEN M. TEICHERT, City Attorney (SBN 167027)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendants  CITY OF SACRAMENTO,
RICK BRAZIEL and GARY DAHL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARCIA<br><br>　　　　Plaintiff,<br><br>  vs.<br><br>CITY OF SACRAMENTO, RICK BRAZIEL and GARY DAHL,<br><br>　　　　Defendants.<br>_____/ | Case No.:  2:10-CV-00826-JAM-KJN<br><br>**STIPULATION AND ORDER TO SUBSTITUTE THE ESTATE OF JAMES PAUL GARCIA III, BY AND THROUGH SPECIAL ADMINISTRATOR ROSA VALDEZ-GARZA, FOR DECEASED PLAINTIFF** |

　　　　The parties by and through their respective counsel and subject to the approval of this Court, hereby stipulate to substitute the Estate of James Paul Garcia III, by and through Special Administrator Rosa Valdez-Garza, for the deceased plaintiff in this action.

PDF created with pdfFactory trial version www.pdffactory.com

.

By executing this stipulation, Defendants do not waive their right to file appropriate motions pertaining to the viability or non-viability of the claims for relief and claims for damages alleged in the Complaint based upon the substitution of Plaintiffs.

Dated: June 6, 2012                LAW OFFICE OF STEWART KATZ

/s/Stewart Katz_____
STEWART KATZ
Attorney for the Estate of James Paul Garcia III

Dated: June 6, 2012                EILEEN M. TEICHERT
City Attorney

 /s/Sheri M. Chapman_____
SHERI M. CHAPMAN
Senior Deputy City Attorney

Attorneys for Defendants
CITY OF SACRAMENTO, RICK BRAZIEL
and GARY DAHL

## ORDER

Having considered the parties' stipulation, and finding good cause therefore,

IT IS HEREBY ORDERED that the Estate of James Paul Garcia III, by and through Special Administrator Rosa Valdez-Garza, is substituted in for Plaintiff James Garcia in this action.

Dated:   June 8, 2012

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com