SANDRA G. TALBOTT, Interim City Attorney (SBN 140099)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendant CITY OF SACRAMENTO,
RICK BRAZIEL and GARY DAHL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JAMES GARCIA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF SACRAMENTO,<br>RICK BRAZIEL, and<br>GARY DAHL<br><br>    Defendants. | Case No.: 2:10-CV-00826-JAM-KJN<br><br>**ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

      Defendants CITY OF SACRAMENTO, GARY DAHL and RICK BRAZIEL's Motion for Summary Judgment was heard by the Court on June 13, 2012.  Plaintiff ESTATE OF JAMES GARCIA was represented by Stewart Katz.  Defendants CITY OF SACRAMENTO, GARY DAHL and RICK BRAZIEL were represented by Senior Deputy City Attorney Sheri M. Chapman.

      On consideration of the moving and opposition papers, all the evidence and the inferences reasonably deducible therefrom, the Court determines Defendants' Motion for Summary Judgment should be granted in part and denied in part, as follows.

      IT IS HEREBY ORDERED that:

      1.     Defendants' objections to Plaintiff's evidence are overruled.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

  2. Defendants' Motion for summary adjudication of the first claim for relief alleging an unreasonable seizure and excessive force pursuant to 42 U.S.C. Section 1983 in favor of Defendant GARY DAHL is denied.

  3. Defendants' Motion for summary adjudication of the second and third claims for relief alleging the promulgation of unlawful policies, procedures, and practices pursuant to 42 U.S.C. Section 1983 in favor of Defendant CITY OF SACRAMENTO is denied.

  4. Defendants' Motion for summary adjudication of the second and third claims for relief alleging promulgation of unlawful policies, procedures, and practices pursuant to 42 U.S.C. Section 1983 in favor of Defendant RICK BRAZIEL is granted.

  5. Defendants' Motion for summary adjudication of the fourth claim for relief alleging failure to provide adequate training and supervision pursuant to 42 U.S.C. Section 1983 in favor of Defendants CITY OF SACRAMENTO and RICK BRAZIEL is denied.

  6. In light of the Court's ruling on the federal claims for relief, Defendants' request the Court decline to exercise supplemental jurisdiction over the fifth, sixth and seventh claims for relief alleged pursuant to state law is denied.

  7. Defendants' Motion for summary adjudication of Plaintiff's claim for damages for pain and suffering in favor of Defendants CITY OF SACRAMENTO, GARY DAHL and RICK BRAZIEL is granted.

  8. Defendants' Motion for summary adjudication of Plaintiff's claim for punitive damages in favor of Defendant GARY DAHL is denied.

  9. Defendants' Motion for summary adjudication of Plaintiff's claim for punitive damages against Plaintiff and in favor of Defendant RICK BRAZIEL is unopposed and is granted.

  10. The Court grants summary adjudication of the seventh claim for relief alleging a violation of California Civil Code section 3342 in favor of the CITY OF SACRAMENTO.

  IT IS SO ORDERED.

DATED: June 14, 2012

            /s/ John A. Mendez
            HON. JOHN A. MENDEZ
            UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

1
2  Approved as to form.

3  Dated: June 13, 2012                    /s/ Stewart Katz
                                           STEWART KATZ
4                                          Attorneys for Plaintiff
                                           ESTATE OF JAMES GARCIA
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com