1  **LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
2  Guy Danilowitz, SBN # 257733
555 University Avenue, Suite 270
3  Sacramento, CA  95825
(916) 444-5678
4

5  Attorneys for Plaintiff Estate of James Paul Garcia III,
by and through Special Administrator Rosa Valdez-Garza
6

7               UNITED STATES DISTRICT COURT

8             EASTERN DISTRICT OF CALIFORNIA

9

10  ESTATE OF JAMES GARCIA,                 Case No.:  2:10-CV-00826-JAM-KJN

11               Plaintiff,                 **ORDER ON PLAINTIFF'S MOTION FOR**
                                            **SUMMARY ADJUDICATION**
12       vs.

13  CITY OF SACRAMENTO,
14  RICK BRAZIEL, and
GARY DAHL
15

16               Defendants.

17       Plaintiff ESTATE OF JAMES GARCIA's Motion for Summary Adjudication was heard by

18  the Court on June 13, 2012.  Defendants CITY OF SACRAMENTO, GARY DAHL and RICK

19  BRAZIEL were represented by Senior Deputy City Attorney Sheri M. Chapman.  Plaintiff ESTATE

20  OF JAMES GARCIA was represented by Stewart Katz.

21       On consideration of the moving and opposition papers, all the evidence and the inferences

22  reasonably deducible therefrom, the Court makes the following rulings and determinations:

23       IT IS HEREBY ORDERED that:

24       1.  Plaintiff's request for judicial notice of three maps depicting 442 Potomac Avenue in

25  Sacramento and the surrounding area is denied.

26       2.  Plaintiff's Motion for summary adjudication against Defendant GARY DAHL of the first

27  claim for relief alleging an unreasonable seizure and excessive force pursuant to 42 U.S.C. Section

28  1983 in favor of Plaintiff ESTATE OF JAMES GARCIA is denied.

1

ORDER ON PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION

PDF created with pdfFactory trial version www.pdffactory.com

1    3.  Plaintiff's Motion for summary adjudication against Defendant City of Sacramento of the

2  seventh claim for relief alleging a violation of California Civil Code section 3342 in favor of Plaintiff

3  ESTATE OF JAMES GARCIA is denied.

4    4.  The Court, on its own motion, grants summary adjudication of the seventh claim for relief

5  alleging a violation of California Civil Code section 3342 in favor of the CITY OF SACRAMENTO.

7      IT IS SO ORDERED.

9  DATED:  6/19/2012

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Approved as to form.

Dated: _____

EILEEN M. TEICHERT
City Attorney

_____
SHERI M. CHAPMAN
Senior Deputy City Attorney

2
ORDER ON PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION

PDF created with pdfFactory trial version www.pdffactory.com