**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
Guy Danilowitz, SBN # 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
(916) 444-5678

Attorneys for Plaintiff Estate of James Paul Garcia III,
by and through Special Administrator Rosa Valdez-Garza

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JAMES GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SACRAMENTO,<br>RICK BRAZIEL, and<br>GARY DAHL<br><br>　　　　Defendants. | Case No.:  2:10-CV-00826-JAM-KJN<br><br>**ORDER ON PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION** |

　　　　Plaintiff ESTATE OF JAMES GARCIA's Motion for Summary Adjudication was heard by the Court on June 13, 2012.  Defendants CITY OF SACRAMENTO, GARY DAHL and RICK BRAZIEL were represented by Senior Deputy City Attorney Sheri M. Chapman.  Plaintiff ESTATE OF JAMES GARCIA was represented by Stewart Katz.

　　　　On consideration of the moving and opposition papers, all the evidence and the inferences reasonably deducible therefrom, the Court makes the following rulings and determinations:

　　　　IT IS HEREBY ORDERED that:

　1. Plaintiff's request for judicial notice of three maps depicting 442 Potomac Avenue in Sacramento and the surrounding area is denied.

　2. Plaintiff's Motion for summary adjudication against Defendant GARY DAHL of the first claim for relief alleging an unreasonable seizure and excessive force pursuant to 42 U.S.C. Section 1983 in favor of Plaintiff ESTATE OF JAMES GARCIA is denied.

PDF created with pdfFactory trial version www.pdffactory.com

3. Plaintiff's Motion for summary adjudication against Defendant City of Sacramento of the seventh claim for relief alleging a violation of California Civil Code section 3342 in favor of Plaintiff ESTATE OF JAMES GARCIA is denied.

4. The Court, on its own motion, grants summary adjudication of the seventh claim for relief alleging a violation of California Civil Code section 3342 in favor of the CITY OF SACRAMENTO.

IT IS SO ORDERED.

DATED: 6/19/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Approved as to form.

Dated: _____

EILEEN M. TEICHERT
City Attorney

SHERI M. CHAPMAN
Senior Deputy City Attorney

PDF created with pdfFactory trial version www.pdffactory.com