**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA  95825
Telephone: (916) 444-5678
Facsimile:  (916) 444-3364
Attorney for Plaintiff

James Sanchez, City Attorney (SBN 116356)
Sari Myers Dierking, Sr. DCA (SBN 226805)
SACRAMENTO CITY ATTORNEY
915 I Street, 4th Floor
Sacramento, CA  95814
Tel: (916) 808-5346
Fax: (916) 808-7455
Attorney for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ESTATE OF JAMES PAUL GARCIA, III, by and through Special Administrator Rosa Valdez-Garza,

   Plaintiff,

   vs.

CITY OF SACRAMENTO, RICK BRAZIEL and GARY DAHL,

   Defendants.
_____

NO. 2:10-CV-00826 JAM KJN

**STIPULATION FOR DISMISSAL; ORDER**

   IT IS HEREBY STIPULATED and agreed by and between Plaintiff ESTAE OF JAMES PAUL GARCIA, III, by and through Special Administrator Rosa Valdez-Garza and Defendants CITY OF SACRAMENTO, RICK BRAZIEL and GARY DAHL, by and through their undersigned counsel, that any and all claims against Defendants  CITY OF

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER

1

SACRAMENTO, RICK BRAZIEL AND GARY DAHL be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

      Each party is to bear its/his own fees and costs, including all attorneys' fees.

Dated: December 5, 2014        LAW OFFICE OF STEWART KATZ

                                   /s/ Stewart Katz
                                   Stewart Katz
                                   Attorney for Plaintiff

Dated: December 5, 2014        CITY OF SACRAMENTO

                                   /s/ Sari Myers Dierking
                                   Sari Myers Dierking
                                   Attorney for Defendants

## ORDER DISMISSING ACTION

**IT IS SO ORDERED.** This action against Defendants CITY OF SACRAMENTO, RICK BRAZIEL and GARY DAHL is dismissed with prejudice. All parties to bear their own costs and attorneys' fees.

Dated: 12/8/2014

                                   /s/ John A. Mendez
                                   UNITED STATES DISTRICT COURT JUDGE